**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Northern District of Illinois
(State)

Case number (if known): _____ Chapter ____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Cooper Technica, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Cooper Technica Limited Partnership #2
   Cooper Technica Limited Partnership #3

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   EIN __ __ - __ __ __ __ __ __ __

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 19235 84th Street | 420 Orchard St, #595 |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Bristol    WI    53104 | Antioch    IL    60002 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Kenosha County | |
   | County | Number    Street |
   | | |
   | | City    State    ZIP Code |

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor _____    Case number (if known) _____
         Name

| 6. Debtor's website (URL) | www.coopertechnica.com |
|---|---|

| 7. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |
|---|---|

| 8. Type of debtor's business | Check one:<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |
|---|---|
| 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                              MM / DD / YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                              MM / DD / YYYY |

**Part 3:   Report About the Case**

| 10. Venue | Check one:<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
|---|---|
| 11. Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked:*<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| 12. Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor _____   Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Roger Sippey | Judgment Creditor | $ 159,096.55 |
| Jeneva Garrett | Judgment Creditor | $ 132,500.00 |
| Richard Cogswell | Judgment Creditor | $ 1,709,065.28 |
| | Total of petitioners' claims | $ 2,000,661.83 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**          **Attorneys**

**Name and mailing address of petitioner**

Roger Sippey
Name                                                    Amrit S. Kapai, Esq.
                                                        Printed name

                                                        Goldstein & McClintock LLLP
6648 Glan Arbor Way                                     Firm name, if any
Number   Street

                                                        111 W. Washington St., Suite 1221
Naples              FL          34119                   Number   Street
City                State       ZIP Code

                                                        Chicago                     IL          60613
                                                        City                        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

                                                        Contact phone  (312) 337-7700   Email  amritk@goldmclaw.com
Name

                                                        Bar number    6306285
Number   Street

                                                        State    IL

City              State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/15/21
             MM / DD / YYYY

X _____                       X _____
Signature of petitioner or representative, including    Signature of attorney
representative's title
                                                        Date signed  12/22/21
                                                                     MM / DD / YYYY

Debtor _____  Case number (if known) _____
     Name

**Name and mailing address of petitioner**

Richard Cogswell
Name

520 W. Huron Street, #612
Number  Street

Chicago    IL    60654
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 / 18 / 21
        MM / DD / YYYY

X _____[signature]_____
Signature of petitioner or representative, including representative's title

Amrit S. Kapai, Esq
Printed name

Goldstein & McClintock LLLP
Firm name, if any

111 W. Washington St., Suite 1221
Number  Street

Chicago    IL    60613
City    State    ZIP Code

Contact phone (312) 337-7700  Email amritk@goldmclaw.com

Bar number 6306285

State IL

X _____[signature]_____
Signature of attorney

Date signed 12 / 22 / 21
        MM / DD / YYYY

---

**Name and mailing address of petitioner**

Jeneva Garrett
Name

2739 Hillcock Ave
Number  Street

Chicago    IL    60608
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
        MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Amrit S. Kapai, Esq
Printed name

Goldstein & McClintock LLLP
Firm name, if any

111 W. Washington St., Suite 1221
Number  Street

Chicago    IL    60613
City    State    ZIP Code

Contact phone (312) 337-7700  Email amritk@goldmclaw.com

Bar number 6306285

State IL

X _____
Signature of attorney

Date signed _____
        MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor _____  Case number (if known) _____
        Name

**Name and mailing address of petitioner**

Name: Richard Cogswell

Number Street: 520 W. Huron Street, #612

City: Chicago  State: IL  ZIP Code: 60654

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____  State: _____  ZIP Code: _____

Printed name: Amrit S. Kapai, Esq.

Firm name, if any: Goldstein & McClintock LLLP

Number Street: 111 W. Washington St., Suite 1221

City: Chicago  State: IL  ZIP Code: 60613

Contact phone: (312) 337-7700  Email: amritk@goldmclaw.com

Bar number: 6306285

State: IL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____ MM / DD / YYYY

**Name and mailing address of petitioner**

Name: Jeneva Garrett

Number Street: 2739 Hillcock Ave  [handwritten: Hillock Ave]

City: Chicago  State: IL  ZIP Code: 60608

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____  State: _____  ZIP Code: _____

Printed name: Amrit S. Kapai, Esq.

Firm name, if any: Goldstein & McClintock LLLP

Number Street: 111 W. Washington St., Suite 1221

City: Chicago  State: IL  ZIP Code: 60613

Contact phone: (312) 337-7700  Email: amritk@goldmclaw.com

Bar number: 6306285

State: IL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/17/2021

✗ [signed] Jeneva Garrett
Signature of petitioner or representative, including representative's title

✗ [signed]
Signature of attorney

Date signed 12/22/21

Official Form 205  Involuntary Petition Against a Non-Individual  page 4