UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 21-14474
Cooper Technica, Inc. )
) Chapter: 7
)
) Honorable A. Benjamin Goldgar
) Lake County
Debtor(s) )

## AGREED ORDER EXTENDING DEADLINE
## TO RESPOND TO INVOLUNTARY PETITION

The parties having advised chambers that they have again agreed to extend the time for the alleged debtor to respond to the involuntary petition, the court being fully advised, IT IS HEREBY ORDERED:

The time for the alleged debtor to respond to the involuntary petition is extended to April 8, 2022.

COOPER TECHNICA, INC.
 By:  /s/ Steven L. Vanderporten
   One of its Attorneys

ROGER SIPPEY, RICHARD COGSWELL, JENEVA GARRETT
 By: /s/ Amrit S. Kapai
   One of its Attorneys

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:   March 18, 2022

**Prepared by:**
N. Neville Reid (ARDC #6195837)
Steven L. Vanderporten (ARDC #6314184)
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201